UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| ALEXIA GARREN, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social Security )<br>Administration )<br>) | Case No. 07-5072-CV-SW-RED-SSA |

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's findings in this case. Accordingly, it is hereby

ORDERED that the decision of the Administrative Law Judge in partial denying disability benefits is **AFFIRMED**.

**IT IS SO ORDERED.**


August 6, 2008                                         P. L. Brune
Date                                                   Clerk


Entered on: August 8, 2008                             s/ Karen Siegert
                                                       (By) Deputy Clerk